Pursuant to Rule 7(b)(3), D. Conn. L. Civ. R., the undersigned counsel states that he has attempted to ascertain the position of AUSA Nardini and that of Ms. Kattya Lopez at the U.S. Probation Office in Hartford, but has been unsuccessful thus far. Voice mail messages with the substance of the request have been left for both AUSA Nardini and Officer Lopez.

Respectfully submitted,

THE DEFENDANT ROGER BENNETT

STEPHEN V. MANNING
O'BRIEN, TANSKI & YOUNG, LLP
CityPlace II
185 Asylum Street
Hartford, Connecticut 06103
(860) 525-2700
Federal Bar Number ct07224

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing was mailed, postage prepaid, this _____ day of March 4, 2005 to:

WILLIAM J. NARDINI
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
157 Church Street
New Haven, Connecticut 06510
(203) 773-2108

STEPHEN V. MANNING
O'BRIEN, TANSKI & YOUNG, LLP