UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY -3  P 3:02
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CASE NO. 3:03CR129(JCH) |
| v. | : |
| | : |
| ROGER BENNETT | : MAY 3, 2005 |

## MOTION TO POSTPONE SENTENCING

The defendant, Roger Bennett, moves this Court for an order postponing his sentencing until after the Court imposes sentence upon Kurt Claywell. The undersigned has been informed by AUSA William J. Nardini that Claywell is or will be seeking a postponement of his sentencing until some time in June of 2005 so that he can provide his amended tax returns to the Government so as to give the Government time to review and analyze them prior to sentencing. AUSA William J. Nardini has authorized counsel to represent that the Government joins in seeking the order requested in this motion. Given the circumstances of this matter together with the status of related matters, and in particular the Claywell matter, Roger Bennett respectfully submits that it is in the interests of justice to postpone the defendant's sentencing until a date after the sentencing of Claywell.

Pursuant to Rule 7(b)(3), D. Conn. L. Civ. R., the defendant states that all necessary parties have been contacted and are in agreement, and that this is the fifth motion seeking a postponement of sentencing. See Rule 1(c), D. Conn. L. Cr. R.

Respectfully submitted,
THE DEFENDANT ROGER BENNETT

STEPHEN V. MANNING
O'BRIEN, TANSKI & YOUNG, LLP
CityPlace II
185 Asylum Street
Hartford, Connecticut 06103
(860) 525-2700
FEDERAL BAR NUMBER ct07224

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing was mailed, postage prepaid, this 3rd day of May, 2005 to:

WILLIAM J. NARDINI
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
157 Church Street
New Haven, Connecticut 06510
(203) 773-2108

_____
STEPHEN V. MANNING
O'BRIEN, TANSKI & YOUNG, LLP