UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 3:03CR129(JCH) |
| v. : | |
| : | |
| ROGER BENNETT : | July 1, 2005 |

## MOTION TO POSTPONE SENTENCING

Undersigned counsel for the defendant, Roger Bennett, hereby moves this Court for an order postponing the sentencing currently scheduled for July 14, 2005. This motion is based on counsel's current family medical circumstances. The undersigned has spoken with AUSA William J. Nardini, who stated that the Government consent to this motion. The undersigned has also consulted with Raymond Lopez, the United States Probation Officer assigned to this matter. After discussion with the Government, it is requested that the sentencing be postponed, at the convenience of the Court, to a date near the date for the sentencing in the related matter of United States v. James Dempsy, Case No. 3:03CR185 (JCH).

Pursuant to Rule 7(b)(3), D. Conn. L. Civ. R., the defendant states that all necessary parties have been contacted and are in agreement. This is the sixth motion seeking a postponement of sentencing, but is the first such motion seeking a postponement on this basis. See Rule 1(c), D. Conn. L. Cr. R.

Respectfully submitted,
THE DEFENDANT ROGER BENNETT

STEPHEN V. MANNING
O'BRIEN, TANSKI & YOUNG, LLP
CityPlace II
185 Asylum Street
Hartford, Connecticut 06103
(860) 525-2700
FEDERAL BAR NUMBER ct07224

CERTIFICATE OF SERVICE

      This is to certify that a copy of the within and foregoing was mailed, postage prepaid, this 1st day of July, 2005 to:

WILLIAM J. NARDINI
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
157 Church Street
New Haven, Connecticut 06510
(203) 773-2108

MR. RAYMOND LOPEZ
UNITED STATES PROBATION OFFICER
United States Probation Office
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
STEPHEN V. MANNING
O'BRIEN, TANSKI & YOUNG, LLP