UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:03-CR-129 (JCH) |
| | : | |
| v. | : | |
| | : | |
| ROGER BENNETT | : | August 26, 2005 |

### GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE

Pursuant to Section 5K1.1 of the Sentencing Guidelines and Title 18, United States Code, Section 3553(e), the United States moves the Court to depart downward from the defendant's guidelines range, because the defendant has provided substantial assistance in the investigation or prosecution of other persons who have committed offenses.

The grounds that support the granting of this motion are set forth in the Government's Memorandum in Support of Motion for Downward Departure.

Respectfully submitted,

JOHN H. DURHAM
ACTING UNITED STATES ATTORNEY


STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT19105

for WILLIAM J. NARDINI
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT16012
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CT 06510
(203) 821-3748
fax (203) 773-5377
william.nardini@usdoj.gov

CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing has been sent by e-mail this 26th day of August 2005 to:

>Stephen V. Manning, Esq.
>O'Brien, Tanski & Young, LLP
>CityPlace II - 185 Asylum Street
>Hartford, CT 06103-3402
>SVM@otylaw.com

_____
Stephen B. Reynolds, Assistant U.S. Attorney,
for William J. Nardini, Assistant U.S. Attorney