UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 3:03CR129(JCH) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ROGER BENNETT | : | AUGUST 29, 2005 |

## MOTION OF ROGER BENNETT FOR DOWNWARD DEPARTURE

Roger Bennett, through his counsel, respectfully moves for a downward departure in this matter pursuant to Sentencing Guidelines §5K2.0. The bases for this motion for downward departure are set forth in the accompanying Sentencing Memorandum of Roger Bennett, filed herewith.

Respectfully submitted,

THE DEFENDANT
ROGER BENNETT

Stephen V. Manning
O'BRIEN, TANSKI & YOUNG, LLP
CityPlace II
185 Asylum Street
Hartford, Connecticut 06103
(860) 525-2700
svm@otylaw.com
FEDERAL BAR NUMBER ct07224

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing was mailed, postage prepaid, this 29th day of August, 2005, to:

William J. Nardini
Assistant United States Attorney
United States Attorney's Office
157 Church Street
New Haven, Connecticut 06510
(203) 773-2108

Mr. Raymond Lopez
United States Probation Officer
United States Probation Office
915 Lafayette Boulevard, Room 200
Bridgeport, CT 06604

_____
Stephen V. Manning
O'BRIEN, TANSKI & YOUNG, LLP