UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CASE NO. 3:03CR129(JCH) |
| v. | : | |
| | : | |
| **ROGER BENNETT** | : | AUGUST 29, 2005 |

## MOTION TO FILE SENTENCING MOTION AND MEMORANDUM OUT OF TIME

The defendant, Roger Bennett, respectfully requests permission for the late filing of: (1) his motion for downward departure; and (2) his Sentencing Memorandum. The delay in completing these documents was occasioned by counsel's family medical circumstances. The undersigned has spoken to AUSA Nardini with respect to this motion, and the Government does not object to the filing out of time.

Respectfully submitted,

THE DEFENDANT
ROGER BENNETT

*/s/ Stephen V. Manning*
Stephen V. Manning
O'BRIEN, TANSKI & YOUNG, LLP
CityPlace II
185 Asylum Street
Hartford, Connecticut 06103
(860) 525-2700
svm@otylaw.com
FEDERAL BAR NUMBER ct07224

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing was mailed, postage prepaid, this 29th day of August, 2005, to:

William J. Nardini
Assistant United States Attorney
United States Attorney's Office
157 Church Street
New Haven, Connecticut 06510
(203) 773-2108

Mr. Raymond Lopez
United States Probation Officer
United States Probation Office
915 Lafayette Boulevard, Room 200
Bridgeport, CT 06604

_____
Stephen V. Manning
O'BRIEN, TANSKI & YOUNG, LLP