UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 3:03CR129 (JCH) |
| v. : | |
| : | |
| ROGER BENNETT : | JULY 14, 2006 |

## MOTION FOR PERMISSION TO TRAVEL

The defendant, Roger Bennett, who is currently on probation, respectfully moves this Court for permission to travel outside the District of Connecticut to Magog, Canada for the purpose of attending with his wife, Barbara Bennett, a theory workshop. The workshop is July 14-20 in Magog, Canada, approximately 15 minutes over the Vermont border. The workshop is being held at Manoir Des Sables in Magog, Canada. The facilitators of this workshop, Drs. Stuart Alpert and Naomi Lubin-Alpert, are the originators of Body-Centered Gestalt Therapy. Dr. Alpert is Mr. Bennett's primary therapist who highly recommended this workshop for Mr. Bennett. A copy of information related to the Workshop is attached as Exhibit A.

As the Court is aware, Mr. Bennett sought the benefit of therapy after his offense conduct and well before the Court imposed sentence. Mr. Bennett had benefited from therapy and continues to benefit from therapy. Further, one of the conditions of the sentence of probation that the Court imposed is that Mr. Bennett is required to continue with his therapy (Condition 1: The defendant shall participate in a mental health program, as directed by the probation officer.). It is respectfully submitted that this therapy is directly in furtherance of this condition of probation.

The undersigned respectfully represents that he has spoken to US Probation Officer Jennifer Amato, who indicated that, due to his probationary status, there is a requirement that

Mr. Bennett receive the permission of the Canadian Government to enter Canada. Ms. Amato stated that the Probation Office has no objection to the proposed trip as long as (1) this Court approves the travel and (2) that the Canadian Government grants him authority to enter the country for this trip.

Mr. Bennett and Mrs. Bennett have contacted the Canadian consulate and are taking steps necessary for to present the required information and documents to the Canadian officials to obtain permission for Mr. Bennett to enter Canada. By this motion, Mr. Bennett respectfully seeks an order of this Court granting Mr. Bennett permission to enter Canada and remain in Canada for the period of July 14-20 for the purpose of this therapy workshop, subject to being granted permission by the Canadian officials to enter Canada for this purpose.

Should the Court grants this motion, the defendant will provide the U.S. Probation Office (or anyone else the Court directs) the exact details of the travel and how the defendant can be reached at all times during the therapy workshop.

Pursuant to Rule 7(b) (3), D. Conn. L. Civ. R., the undersigned counsel states that AUSA Nardini has represented that the Government has no objection to the granting of this motion.[1]

                                                   Respectfully submitted,

                                                   THE DEFENDANT ROGER BENNETT

                                                 STEPHEN V. MANNING
                                               O'BRIEN, TANSKI & YOUNG, LLP
                                               CityPlace II
                                               185 Asylum Street
                                               Hartford, Connecticut 06103
                                               (860) 525-2700
                                               Federal Bar Number ct07224

---

[1] The defendant respectfully submits with this motion a proposed order page that follows this page.

ORDER

Dated: July 14, 2006

      Having considered the foregoing motion, the position of the US Attorney's Office and the US Probation Office, the Court herby GRANTS/DENIES Roger Bennett permission to enter Canada and remain in Canada for the period of July 14-20 for the purpose of attending a therapy workshop at Manoir Des Sables in Magog, Canada, subject to being granted permission by the Canadian officials to enter Canada for this purpose.

      IT IS SO ORDERED.

                                                      JANET C. HALL
                                                      UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing was mailed, postage prepaid, this 14TH day of April 2006 to:

WILLIAM J. NARDINI
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
157 Church Street
New Haven, Connecticut 06510
(203) 773-2108

JENNIFER AMATO
UNITED STATES PROBATION OFFICER
United States Probation Office
450 main Street
Hartford, CT  06103
(860) 240-3661

_____
STEPHEN V. MANNING
O'BRIEN, TANSKI & YOUNG, LLP