**ANNUAL SUMMER THERAPY WORKSHOP**
Stuart Alpert and Naomi Lubin-Alpert
**Manoir Des Sables, Magog, Canada**
**July 14 - 20, 2006**

Only by working through the unfinished trauma of our childhood can we fully embody the messages that our spirit and body are sending us, therefore, healing our physical and emotional wounds. It is in the acceptance of our inherited darkness as well as our light that contributes to a life that embraces health, groundedness, passion, and spirit. In this workshop, there will be a focus on the integration of spirit with our body, emotion, and intellect.

Stuart and Naomi are focusing on working with the emotional roots of illness and disease, as well as on helping you deal with whatever emotional issues impede a deeper connection to aliveness. They bring to this work their heartfelt, supportive, and insightful way of guiding people to the center of their experiences, to the very center of their lives. Their therapeutic approach encompasses an integrated spiritual and psychological view. They have absolute faith in emotional and body process and each person's ability to heal themselves. There is ample time to learn the process as therapist, as well as time to work on individual, relationship, and physical pain and illness issues. All the teaching and therapy blends with group experiments, and the excitement of building a supportive community.

Stuart and Naomi are two of the founding partners of Hartford Family Institute, LLP, and co-creators of Body-Centered Gestalt Therapy. The therapy is practiced and taught in Hartford, CT, Kansas City, MO, and New York City. Both Stuart and Naomi have been instrumental in helping to organize and lead four International Conferences in Body-Centered Gestalt Therapy. In addition, Stuart has written a book, WHAT TO DO UNTIL ENLIGHTENMENT, HEALING OURSELVES… HEALING THE EARTH, soon to be available in a revised addition. Naomi and Stuart are currently working on a book entitled THE SOUL OF PSYCHOTHERAPY.

Manoir Des Sable is located in Canada 15 minutes north of the Vermont border. It is a 1-hour drive South of Montreal. Magog is a beautiful village filled with galleries and shops. The resort itself is directly on a beautiful lake and has many activities including canoeing, kayaking, hiking, a health club, and spa. Their website is www.manoirdessables.com.

**CEU's ARE AVAILABLE**
For more information or to reserve your place in the workshop contact HFI at 860-236-6009. Fee: $1,350 includes lodging (double occ.) and two meals/day, including dinner on Friday evening Single room fee: $1,750.00 Arrival: Fri. afternoon July 14th - Workshop begins Fri. evening July 15th and ends Thursday, July 21st Deposit Since our workshop fills up quickly, a $500.00 deposit is necessary to secure your spot. Send your deposit to Hartford Family Institute, 17 S. Highland St., West Hartford, CT 06119 Cancellations: Prior to May 15th: We retain $75.00. After May 15th: We retain entire deposit unless we find someone to replace you at the workshop. If we find a replacement, we retain a $100.00 fee.

EXHIBIT A